■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBY JEAN, Appellant. [10 NYS3d 886]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Honorof, J.), rendered January 28, 2014, convicting him of

grand larceny in the third degree, grand larceny in the fourth degree, criminal possession of stolen property in the third degree, criminal possession of stolen property in the fourth degree, unauthorized use of a motor vehicle in the second degree, and aggravated unlicensed operation of a motor vehicle in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, the Supreme Court providently exercised its discretion in denying the for-cause challenges, raised by the defendant and the People, to a certain prospective juror who indicated during voir dire that he had "tinnitus, a ringing." Contrary to the defendant's contention, the record does not establish that the prospective juror had a hearing impairment that would unduly interfere with his ability to be a trial juror (*cf. People v Guay*, 18 NY3d 16, 23 [2011]; *People v Guzman*, 76 NY2d 1 [1990]).

The defendant's remaining contentions are without merit. Rivera, J.P., Hall, Austin and LaSalle, JJ., concur.